UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-229

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CENTRILIA SHARDON LEACH,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion to Seal. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to such materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as public filing of such sentencing materials could either reveal protected information under HIPPA or the E-Government Act or endanger the physical wellbeing of a person who has provided a supporting letter. The Court will, however, consider any request made in the future to unseal such materials. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Seal (#776) is **GRANTED**. Defendant's Motion for Variance (#775) shall be sealed and remain sealed until further Order of this Court.

Signed: January 12, 2018



Max O. Cogburn Jr.
United States District Judge

1