# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:14-cr-229-MOC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| | ) **ORDER** |
| CENTRILLA SHARDON LEACH, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Reconsideration and Motion for Appointment of Counsel (Doc. No. 971), asking this Court to reconsider its Order (Doc. No. 952) denying Defendant's Motion for Compassionate Release.

Defendant's motion for reconsideration is denied. In its prior order, the Court thoroughly reviewed the factors relevant to its consideration of Defendant's prior motion for compassionate release, including Defendant's medical conditions, the nature and circumstances of her offense, and the fact that she has been fully vaccinated. Moreover, the fact that Defendant notes that she has now served more than half her sentence does not alter the Court's decision to deny her request for early release.

Next, Defendant's motion to appoint counsel is denied, as she has no constitutional right to counsel in assisting her with filing a motion for reduction of sentence/compassionate release due to the COVID-19 pandemic. Furthermore, the circumstances do not warrant discretionary appointment of counsel. See Pennsylvania v. Finley, 481 U.S. 551, 555 (1987) (holding that "the right to appointed counsel extends to the first appeal of right, and no further," and inmates do not have the right to be assigned "counsel on discretionary appeals"); see also United States v.

Legree, 205 F.3d 724, 730 (4th Cir. 2000) (holding that a criminal defendant does not have a right to counsel when he seeks to file a motion for reduction in sentence under 18 U.S.C. § 3582).

## ORDER

**IT IS, THEREFORE, ORDERED** that Motion for Reconsideration and Motion for Appointment of Counsel (Doc. No. 971), is **DENIED**.

Signed: December 1, 2021

Max O. Cogburn Jr.
United States District Judge